**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENNIS BALLARD et al.**                                                            **PLAINTIFFS**

**v.**                                **CAUSE NO. 4:23-cv-161-DMB-JMV**

**WILLIAM J. JERRY NOBILE et al.**                                     **DEFENDANTS**

**ORDER**

      The court has considered the motion to waive *pro hac vice* application fee as well as for admission of attorney **Hannah Wolf** as counsel *pro hac vice* on behalf of the plaintiffs. Upon due consideration of this motion and review of the record in this cause, the court finds that the requirements of L. U. Civ. R. 83.1(d) have been met, and the motion should be **GRANTED**. Attorney Wolf is hereby admitted and is not required to pay the fee as established by L. U. Civ. R. 83.1(d)(5).

      However, admission *pro hac vice* **shall be conditioned** upon the completion of the process of registration to be served electronically with orders and notices from the court and electronically filing a Notice of Attorney Appearance.

      **Failure to comply with these additional requirements will result in revocation of admission *pro hac vice*.** If counsel has not already completed the registration process, counsel shall do so **within five (5) business days** of the date of this order. Finally, prior to the completion of electronic registration, it remains the responsibility of **local counsel** to notify counsel admitted by this order of all filings with the court in this action including this order.

      **SO ORDERED** this the 31st day of August, 2023.

                                                          /s/ Jane M. Virden
                                                          **UNITED STATES MAGISTRATE JUDGE**