# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

|  |  |
|---|---|
| **DENNIS BALLARD,** *et. al.* | ) |
|  | ) |
| **Plaintiffs,** | ) Civil Action No. 4:23cv161-DMB-JMV |
| v. | ) |
|  | ) |
| **WILLIAM J. "JERRY" NOBILE,** *et. al.* | ) |
|  | ) |
| **Defendants.** | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

My name is Hannah M. Wolf. I am admitted as counsel *pro hac vice* in this matter, *see* Dkt. No. 4, and I appear in this case as co-counsel for the Plaintiffs.

Date: September 7, 2023

Respectfully submitted,

/s/Hannah M. Wolf
Hannah M. Wolf, TN Bar No. 034349
*Admitted Pro Hac Vice*
Southern Migrant Legal Services
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (956) 393-6253
Facsimile: (615) 366-3349
hwolf@trla.org

/s/ Robert McDuff
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203
Jackson, MS 39202
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mscenterforjustice.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification to all counsel of record, and I am emailing a copy to Tim Threadgill who is counsel for Defendants.

Submitted this the 7th day of September 2023.

                                                        /s/Hannah M. Wolf
                                                        Hannah Wolf

                                                        Counsel for Plaintiffs