AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jerry Nobile Farms, Inc.
was received by me on *(date)* August 24, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 6, 2023

s/Hannah Wolf
*Server's signature*

Hannah Wolf, Staff Attorney, Southern Migrant Legal Services
*Printed name and title*

311 Plus Park Blvd., Suite 135
Nashville, TN 37217
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Will Nobile Farms, Inc.
was received by me on *(date)* August 24, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 6, 2023

s/Hannah Wolf
*Server's signature*

Hannah Wolf, Staff Attorney, Southern Migrant Legal Services
*Printed name and title*

311 Plus Park Blvd, Suite 135
Nashville, TN 37217
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **William J. Nobile**
was received by me on *(date)* **August 24, 2023** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **October 6, 2023**

**s/Hannah Wolf**
*Server's signature*

**Hannah Wolf, Staff Attorney, Southern Migrant Legal Services**
*Printed name and title*

311 Plus Park Blvd., Suite 135
Nashville, TN 37217
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William J. Nobile Jr.
was received by me on *(date)* September 20, 2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 6, 2023

s/Hannah Wolf
*Server's signature*

Hannah Wolf, Staff Attorney, Southern Migrant Legal Services
*Printed name and title*

311 Plus Park Blvd., Suite 135
Nashville, TN 37217
*Server's address*

Additional information regarding attempted service, etc: