AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ballard et al. <br><br> *Plaintiff(s)* <br> v. <br> Nobile et al. <br><br> *Defendant(s)* | Civil Action No. 4:23cv161-DMB-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William J. "Jerry" Nobile
c/o Tim Threadgill
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert McDuff,
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/24/2023      s/ David Crews
                    *Signature of Clerk or Deputy Clerk*  by: jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William J. Nobile
was received by me on *(date)* August 24, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 6, 2023

s/Hannah Wolf
*Server's signature*

Hannah Wolf, Staff Attorney, Southern Migrant Legal Services
*Printed name and title*

311 Plus Park Blvd., Suite 135
Nashville, TN 37217
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Ballard et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 4:23cv161-DMB-JMV | |
| Nobile et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jerry Nobile Farms, Inc.
c/o Tim Threadgill
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert McDuff,
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/24/2023           s/ David Crews
                          *Signature of Clerk or Deputy Clerk*  by: jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jerry Nobile Farms, Inc.
was received by me on *(date)* August 24, 2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreeement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 6, 2023

s/Hannah Wolf
Server's signature

Hannah Wolf, StaffAttorney, Southern Migrant Legal Services
Printed name and title

311 Plus Park Blvd., Suite 135
Nashville, TN 37217
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Ballard et al. <br><br> *Plaintiff(s)* <br> v. <br> Nobile et al. <br><br> *Defendant(s)* | Civil Action No. 4:23cv161-DMB-JMV |

## ALIAS
### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William J. "Will" Nobile Jr.
c/o Tim Threadgill
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert McDuff,
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/20/2023                   s/ David Crews
                                  *Signature of Clerk or Deputy Clerk*
                                  by: jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William J. Nobile Jr.
was received by me on *(date)* September 20, 2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreement between the Parties, I serrved the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mil on October 5, 2023.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 6, 2023              s/Hannah Wolf
                                    Server's signature

                                    Hannah Wolf, Staff Attorney, Soutern Migrant Legal Services
                                    Printed name and title

                                    311 Plus Park Blvd., Suite 135
                                    Nashville, TN 37217
                                    Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Ballard et al. | ) | |
| _Plaintiff(s)_ | ) ) ) ) | |
| v. | ) ) | Civil Action No. 4:23cv161-DMB-JMV |
| Nobile et al. | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Will Nobile Farms, Inc.
c/o Tim Threadgill
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert McDuff,
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/24/2023                                      s/ David Crews
                                                     _Signature of Clerk or Deputy Clerk_ by: jla

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23cv161-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Will Nobile Farms, Inc.__
was received by me on *(date)* __August 24, 2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By agreement between the Parties, I served the summons and complaint on Tim Threadgill, attorney for Defendants, via e-mail on October 5, 2023.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __October 6, 2023__

s/Hannah Wolf
Server's signature

Hannah Wolf, Staff Attorney, Southern Migrant Legal Services
Printed name and title

311 Plus Park Blvd, Suite 135
Nashville, TN 37217
Server's address

Additional information regarding attempted service, etc:

**CERTIFICATE OF SERVICE**

     I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification to all counsel of record, and I am emailing a copy to Tim Threadgill who is counsel for Defendants.

Submitted this the 16th day of October 2023.

/s/Hannah M. Wolf
Hannah Wolf

Counsel for Plaintiffs