**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENNIS BALLARD, et al.**                                                            **PLAINTIFFS**

**V.**                            **CIVIL ACTION NO.: 4:23-cv-00161-DMB-JMV**

**WILLIAM J. "JERRY" NOBILE,**
**JERRY NOBILE FARMS, INC.,**
**WILLIAM J. "WILL" NOBILE, JR.,**
**WILL NOBILE FARMS, INC.**                                    **DEFENDANTS**

## **ORDER**

This cause having come before the Court on the unopposed motion of the Defendants William J. "Jerry" Nobile, Jerry Nobile Farms, Inc., William J. "Will" Nobile, Jr., and Will Nobile Farms, Inc. for an additional period of time, through and including December 22, 2023, in which to file its responsive pleadings to Plaintiffs' Complaint. The Court, having considered the motion, and being advised that the Plaintiffs have no objection, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that Defendants shall have an additional period of time, through and including December 22, 2023, in which to file their responsive pleadings to Plaintiffs' Complaint.

SO ORDERED, this the 25th day of October, 2023.

                                                                      /s/ Jane M. Virden
                                                                      **UNITED STATES MAGISTRATE JUDGE**