# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# <u>NOTICE</u>

**DENNIS BALLARD,** *ET AL.*                        **PLAINTIFFS**

**VS.**                  **CIVIL ACTION NO.: 4:23-cv-161-DMB-JMV**

**WILLIAM J. JERRY NOBILE,** *ET AL.*        **DEFENDANTS**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS   38701** | **Room 364** |
| | *Date and Time*<br><br>**FEBRUARY 8, 2024**<br>**10:00 A.M.** |

*Type of Proceeding*

# SETTLEMENT CONFERENCE
# BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

# COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY THE COURT.

**Please note: On most occasions Judge Virden does not recess the conference for a lunch break.   However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break.   Also, you are welcome to bring a snack such as protein bars or nuts, etc.**

                                                      **DAVID CREWS, Clerk of Court**

                                                      By:    /s/ *Itonia R. Williams*
                                                                    Courtroom Deputy Clerk

Date:   January 2, 2024

      **IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214
OR VIA EMAIL: itonia_williams@msnd.uscourts.gov.**