**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **DENNIS BALLARD, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CAUSE NO.: 4:23-CV-161-DMB-JMV** |
| **WILLIAM J. "JERRY" NOBILE, ET AL.** | **DEFENDANTS** |

**ORDER GRANTING UNOPPOSED SECOND MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

**THIS MATTER** is before the Court upon the unopposed second motion of Defendants [14] for additional time to respond to Plaintiffs' complaint. Defendants request that the Court extend the deadline for Defendants to respond to the complaint to seven (7) days after the conclusion of the settlement conference if the conference does not result in a settlement. The settlement conference in this matter has been set for February 8, 2024. The Court having fully considered the unopposed motion, finds that it is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that Defendants are granted an extension of time through February 15, 2024, to answer or to otherwise respond to the Plaintiffs' complaint.

**SO ORDERED,** this 4th day of January, 2024.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE JANE M. VIRDEN