# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### CIVIL MINUTES

**CASE NO.: 4:23-cv-161-DMB-JMV**     **PLACE HELD – Greenville, MS**

**DENNIS BALLARD,** *ET AL.*

**VS.**

**WILLIAM J. JERRY NOBILE,** *ET AL.*

**DATE & TIME BEGUN/ENDED:**   February 8, 2024
10:00 a.m. – 4:00 p.m.

**Total Time – 6 hours**

**PRESENT:**

**Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorneys for plaintiffs** | **Attorneys for defendants** |
|---|---|
| Hannah M. Wolf | Timothy M. Threadgill |
| Robert B. McDuff | Fredrick J. Bissinger (via telephone) |
| Melia Amal Bouhabib | |

**PROCEEDINGS:**   Settlement Conference

**Docket Entry:**   A settlement conference was held. The case **was settled.** The settlement was recorded.

**DAVID CREWS, CLERK**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy