# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NOTICE

**IKE CARTER**                                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 4:24-cv-7-MPM-JMV**

**ILLINOIS CENTRAL RAILROAD COMPANY**                **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

*Place*                                        *Room No.*

**U.S. FEDERAL BUILDING**                  **364**
**305 MAIN STREET**
**GREENVILLE, MS 38701**

*Date and Time*

**MARCH 4, 2025**
**10:00 A.M.**

*Type of Proceeding*

**FINAL PRETRIAL-SETTLEMENT CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

*Jointly Proposed Pretrial Order should be emailed to: Judge_Virden@msnd.uscourts.gov*
*NO LATER THAN FEBRUARY 21, 2025.*

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST APPEAR IN-PERSON AT THE CONFERENCE AND BE PREPARED TO CONDUCT A SETTLEMENT CONFERENCE AT THE CONCLUSION OF THE FINAL PRETRIAL CONFERENCE - UNLESS EXCUSED BY THE COURT.**

**PLEASE NOTE: AN UNEXCUSED FAILURE TO ATTEND THE FINAL PRETRIAL AND SETTLEMENT CONFERENCES MAY RESULT IN A JUDGMENT OF DISMISSAL OR DEFAULT OR OTHER APPROPRIATE JUDGMENT ENTERED OR SANCTIONS IMPOSED.**

On most occasions, Judge Virden does not recess the conference for a lunch break. However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break. Also, you are welcome to bring a snack such as protein bars or nuts, etc. The court is not allowed to provide any amenities. Feel free to bring water or thermos of coffee if you desire.

                                                                               **DAVID CREWS, Clerk of Court**

                                                   By:     /s/ *Itonia R. Williams*
                                                                      Courtroom Deputy Clerk

If there are questions, please contact Itonia R. Williams at 662-335-9214.