**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

|  |  |  |
|---|---|---|
| **DENNIS BALLARD, et al.,** | ) | |
| Plaintiffs, | ) | Case No.: 4:23-CV-161-DMB-JMV |
| v. | ) | |
| **WILLIAM J. "JERRY" NOBILE, ET AL.,** | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND MOTION FOR DISMISSAL**

The Parties, having reached a settlement agreement to resolve the issues in this matter, hereby move the Court to enter the attached proposed order to dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). As a basis for this motion, the Parties stipulate as follows:

1. The Parties have reached an agreement on the terms of a Settlement Agreement.

2. The Parties agree that all claims and controversies at issue in this litigation have been fully and finally compromised and settled between the parties.

3. Consistent with the terms of the Settlement Agreement, the Parties jointly move this Court to dismiss this lawsuit with prejudice immediately, contingent upon the Court's retention of jurisdiction and reinstatement for the purpose of enforcing the terms of the Parties' Settlement Agreement.

4. A proposed Order for Dismissal with prejudice is attached hereto.

Respectfully submitted,

*/s/Robert McDuff*
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rmcduff@mscenterforjustice.org

Hannah M. Wolf, TN Bar No. 034349
Admitted Pro Hac Vice
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 538-0725
hwolf@trla.org

COUNSEL FOR PLAINTIFFS

*/s/Timothy M. Threadgill*
Timothy M. Threadgill, MS Bar No. 8886
BUTLER SNOW, LLP
1020 Highland Colony Parkway, Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 985-4500
Tim.threadgill@butlersnow.com

Frederick J. Bissinger
Admitted Pro Hac Vice
FORD HARRISON
150 3rd Avenue South
Suite 2010
Nashville, TN 37201
Telephone: (615) 574-6700
fbissinger@fordharrison.com

COUNSEL FOR DEFENDANTS