**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DENNIS BALLARD, DEXTER BROWN,
CLARENCE CALVERT, KELVIN CARPENTER,
HUBERT DEAN, ROBERT DEAN,
EDDIE DEAN, GERRY GAMBLE,
ROBERT GREER, BILAL HAYNES,
RONNIE MOORE, MARCUS WASH,
REGIS WASH, and KENNIE WILLIAMS**                         **PLAINTIFFS**

**V.**                         **CIVIL ACTION NO.: 4:23-cv-00161-DMB-JMV**

**WILLIAM J. "JERRY" NOBILE,
JERRY NOBILE FARMS, INC.,
WILLIAM J. "WILL" NOBILE, JR.,
WILL NOBILE FARMS, INC.**                         **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause came on for hearing on all parties' motion for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, and that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and Full and Final General Release" between the parties.

**SO ORDERED AND ADJUDGED,** this the ___ day of April, 2024.

_____
DEBRA M. BROWN
UNITED STATES CHIEF JUDGE

**APPROVED AS TO FORM AND CONTENT**:

*/s/ Robert McDuff*
Robert McDuff (MS Bar No. 2532)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
Tel.: (601) 259-8484
Fax: (601) 352-4769
rbm@mcdufflaw.com


Hannah M. Wolf (TN Bar No. 034349)
TEXAS RIOGRANDE LEGAL AID, INC.
311 Plus Park Blvd., Suite 135
Nashville, TN 37217
Telephone: (956) 393-6253
hwolf@trla.org

*Attorneys for Plaintiff*

*/s/ Timothy M. Threadgill*
Timothy M. Threadgill (MS Bar No. 8886)
BUTLER SNOW LLP
Post Office Box 6010 (39158-6010)
Ridgeland, MS 39157
Tel: (601) 985-4594
Fax: (601) 985-4500
Email: Tim.Threadgill@butlersnow.com

Fredrick J. Bissinger (*pro hac vice*)
FORD HARRISON
150 3rd Avenue South, Suite 2010
Nashville, TN 37201
Telephone: (615) 5574-6709
fbissinger@fordharrison.com

*Attorneys for Defendants*