## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DENNIS BALLARD, et al.**                                                          **PLAINTIFFS**

**V.**                                                              **NO. 4:23-CV-161-DMB-JMV**

**WILLIAM J. "JERRY" NOBILE,**
**et al.**                                                                                **DEFENDANTS**

## ORDER

On April 11, 2024, representing that they "have reached an agreement on the terms of a Settlement Agreement" and "that all claims and controversies at issue in this litigation have been fully and finally compromised and settled," the parties filed a joint motion "to dismiss this lawsuit with prejudice immediately, contingent upon the Court's retention of jurisdiction and reinstatement for the purpose of enforcing the terms of the Parties' Settlement Agreement."[1] Doc. #19 at PageID 87. Based on the parties' settlement, the joint motion [19] is **GRANTED**. This case is **DISMISSED with prejudice** with the Court retaining jurisdiction to enforce the settlement terms.

**SO ORDERED**, this 12th day of April, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] In violation of Local Rule 52(a), the parties attached a proposed order to the joint motion.