IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS BALLARD, et al.**                                                                      **PLAINTIFFS**

V.                                                                                     NO. 4:23-CV-161-DMB-JMV

**WILLIAM J. "JERRY" NOBILE,
et al.**                                                                                             **DEFENDANTS**

## JUDGMENT

In accordance with the order issued this date, this case is dismissed with prejudice, with the Court retaining jurisdiction to enforce the parties' settlement terms.

**SO ORDERED**, this 12th day of April, 2024.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**